# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2019

## NO. 03-19-00355-CV

### G. B. and T. B., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

**APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH**
**AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order of termination signed by the trial court on May 15, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.